IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-10401
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

TOM PAUL JENKINS,
also known as Tom P. Jenkins,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:96-CR-151
- - - - - - - - - -
December 10, 1997
Before BARKSDALE, BENAVIDES, and STEWART, Circuit Judges.

PER CURIAM:[*]

    Tom Paul Jenkins entered a conditional guilty plea for

possession of an unregistered firearm, an explosive bomb, in

violation of 26 U.S.C. § 5861(d).  He now appeals the district

court's denial of his motion to dismiss the superseding

indictment on grounds that § 5841 exceeds the taxation power of

Congress and that § 5861(d) is a violation of the Due Process

Clause.  Jenkins concedes that his argument is foreclosed by this

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

court's holding in <u>United States v. Gresham</u>, 118 F.3d 258, 261-64 (5th Cir. 1997).  Accordingly, the judgment of the district court is AFFIRMED.